IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GENE PLYLEY,

    Plaintiff,

  v.

MARLENE GRANGAARD, individually and as Trustee of the Marlene L. Grangaard Revocable Living Trust, dba CLAM BEACH INN, aka CLAM DIGGER BAR, and DOES ONE to FIFTY, inclusive,

    Defendants.
                                    /

No. C 12-05825 WHA

**ORDER SETTING HEARING RE PLAINTIFF'S DISCOVERY DISPUTE**

      The Court **SETS** a three-hour meet-and-confer in the Court's jury room on the 19th Floor of the federal courthouse on **TUESDAY, APRIL 2, 2013, STARTING FROM 10:00 A.M. TO 1:30 P.M.** (with a half-hour off at noon for lunch). At 1:30 p.m., the Court shall hear any remaining unresolved issue(s) in Courtroom 9. Defendants' response is due by noon on March 29. Please buzz chambers at 10:00 a.m. on April 2 to be let into the jury room.

      Please note that only those lawyers who personally attend the meet-and-confer may argue at the hearing. The Court does not conduct any hearings via the telephone due to poor sound quality of courtroom equipment.

      **IT IS SO ORDERED.**

Dated: March 25, 2013,

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE