1  LAURA S. FLYNN, SBN 148511
   LOW, BALL & LYNCH
2  505 Montgomery Street, 7th Floor
   San Francisco, California 94111
3  Telephone:   (415) 981-6630
   Facsimile:   (415) 982-1634
4
   Attorneys for Defendants
5  MARLENE L. GRANGAARD,
   individually and as Trustee of the
6  MARLENE L. GRANGAARD REVOCABLE LIVING TRUST,
   dba CLAM BEACH INN, aka CLAM DIGGER BAR
7

8

9                    UNITED STATES DISTRICT COURT

10                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | GENE PLYLEY,                          | Case No. CV 12 5825 WHA
13 |        Plaintiff,                     | (~~Proposed~~) **ORDER REGARDING SCOPE OF JOINT SITE INSPECTION**
14 |    vs.                                |
   |                                        | Hearing Date: 4/2/13
15 | MARLENE L. GRANGAARD, individually    | Time: 1:30 p.m.
   | and as Trustee of the MARLENE L.      | Courtroom: 9
16 | GRANGAARD REVOCABLE LIVING            |
   | TRUST, dba CLAM BEACH INN, aka        | Honorable William Alsup
17 | CLAM DIGGER BAR, and DOES ONE to      |
   | FIFTY, inclusive,                     |
18 |                                        |
   |        Defendants.                    |
19

20
       In a letter dated March 22, 2013, plaintiff's counsel Jason Singleton requested resolution of a
21
   discovery dispute regarding the scope of the joint inspection in this matter. On March 25, 2013, the
22
   Court issued an Order Setting Hearing Re Plaintiff's Discovery Dispute. In compliance with the Order,
23
   defendants' counsel Laura S. Flynn submitted a responsive letter on March 29, 2013 and the parties
24
   participated in a three hour meet–and-confer session on April 2, 2013 from 10:00 a.m. to 1:30 p.m. A
25
   hearing was conducted at 1:30 p.m. Jason Singleton appeared on behalf of plaintiff Gene Plyley. Laura
26
   S. Flynn appeared on behalf of defendants Marlene L. Grangaard, individually and as Trustee.
27
   / / /
28

1 | Based on a review of the letters submitted by the parties and oral argument, the Court finds that an inspection of the convenience store adjacent to the Clam Digger Bar is not warranted at this time. Plaintiff's complaint does not contain any allegations relating to plaintiff's intent to patronize the convenience store.

Dated: April 4, 2013          By_____
                              Honorable William Alsup

-2-
**ORDER REGARDING SCOPE OF JOINT SITE INSPECTION**