United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GENE PLYLEY,

    Plaintiff,

v.

MARLENE GRANGAARD, individually and as Trustee of the Marlene L. Grangaard Revocable Living Trust, dba CLAM BEACH INN, aka CLAM DIGGER BAR, and DOES ONE to FIFTY, inclusive,

    Defendants.

                                         /

No. C 12-05825 WHA

**ORDER RE REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT**

The case management order herein referred this action to Magistrate Judge Nandor Vadas for settlement (Dkt. No. 18). The Court hereby **VACATES** the referral to Judge Vadas for settlement purposes. The parties should conduct mediation through the ADR Program according to the procedures set forth in the Local Rules and General Order Number 56.

**IT IS SO ORDERED.**

Dated: June 5, 2013.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE