IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE PLYLEY,<br><br>        Plaintiff,<br><br>   v.<br><br>MARLENE L. GRANGAARD,<br>individually and as Trustee of the<br>MARLENE L. GRANGAARD<br>REVOCABLE LIVING TRUST, dba<br>CLAM BEACH INN, aka CLAM DIGGER<br>BAR, and DOES ONE to FIFTY, inclusive,<br><br>        Defendant.<br>                                                            / | No. C 12-05825 WHA<br><br>**ORDER RE PLAINTIFF'S<br>APPLICATION FOR<br>PERMISSION TO APPEAR AT<br>MEDIATION BY TELEPHONE** |

In connection with his application for permission to appear at mediation by telephone (Dkt. No. 32), plaintiff Gene Plyley is hereby ordered to submit a declaration under oath explaining in detail his inability to travel to San Francisco for the October 15 mediation. The fact that plaintiff is 77 years of age in and of itself does not prevent such travel. Nor does extreme fibromyalgia. The fact that there are "periods wherein he is so incapacitated he is even unable to leave his bed" does not answer whether on October 15, plaintiff will be able to leave his bed. Plaintiff's declaration must be filed by **NOON ON OCTOBER 10.**

**IT IS SO ORDERED.**

Dated: October 7, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE