United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GENE PLYLEY,

    Plaintiff,

v.

MARLENE L. GRANGAARD,
individually and as trustee of the
MARLENE L. GRANGAARD
REVOCABLE LIVING TRUST, dba
CLAM BEACH INN, aka CLAM DIGGER
BAR,

    Defendants.
                                      /

No. C 12-05825 WHA

**ORDER REQUESTING
RESPONSE FROM COUNSEL**

As part of her motion for attorney's fees and sanctions, which was permitted by the order dated March 7, 2014 (Dkt. No. 48), defense attorney Laura S. Flynn stated (Flynn Decl. ¶ 8) (emphasis added):

> However, as to the attorney's fees motion, due to the press of business and the limited time allowed to file the motion, I was not able to meet and confer with plaintiff's counsel regarding the reasonable amount of attorney's fees. *I will contact plaintiff's counsel today and attempt to reach a compromise as to the amount of attorney's fees to be awarded. If an agreement is reached, we will file a stipulation and related proposed order with the court.*

A hearing on Attorney Flynn's motion is set for May 1, 2014. Accordingly, counsel for both sides are requested to please file a response, either (1) providing an update as to whether they "have met and conferred for the purpose of attempting to resolve any disputes with respect to the motion," or (2) if "no conference was held," providing a statement "with certification that

the applying attorney made a good faith effort to arrange such a conference, setting forth the reason the conference was not held." Civ. L.R. 54-5(b)(1). Counsel will please file this response by **5 PM ON APRIL 16, 2014**.

**IT IS SO ORDERED.**

Dated: April 11, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE